**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**MEMORANDUM**


FILED
JUN 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **James Franklin RAY**
    **Docket Numbers:   2:88CR00140-04;
                        2:89CR00278-01**
    <u>**RELEASE OF MENTAL HEALTH RECORDS**</u>

Your Honor:

On April 24, 1989, Your Honor sentenced James Ray to 144 months custody of the Bureau of Prisons, followed by a three-year term of supervised release subsequent to his conviction for 21 USC 841 and 846, Conspiracy to Manufacture Methamphetamine, and 21 USC 841(a), Manufacture of Methamphetamine, both felonies.

On November 6, 1990, the releasee was sentence by the Honorable Prentice H. Marshall to 135 months custody of the Bureau of Prisons consecutive to Your Honor's sentence followed by a ten-year term of supervised release and a $150 special assessment. This followed violations of 21 USC 841, Conspiracy to Distribute Methamphetamine, Distribution of Methamphetamine, and Distribution of 100 Grams or More of Methamphetamine.

Mr. Ray has applied for Social Security Disability Benefits under the Social Security Act. Our Office has Mr. Ray in mental health treatment with both a psychiatrist (who prescribes medication) and a therapist (who provides ongoing emotional support.) To this day, Mr. Ray suffers from the effects of his long term of incarceration. He finds it difficult to interact with others, prefers the confines of his small mobile home, and considers returning to prison as an option. Although he is much better since he began receiving treatment, his Post Traumatic Stress Disorder/depression and anxiety may rise to the level of making him eligible for Social Security Disability benefits.

RE:   **James Franklin RAY**
      **Docket Number:   2:89CR00278-01**
      <u>**MEMO TO THE COURT**</u>

The Social Security Administration has requested his mental health records, and I would like to release the necessary records to them to aid in their assessment of his application. I would ask the psychiatrist and therapist to each write a synopsis of his treatment and diagnosis and supply any pertinent records. The records they have requested that apply to Mr. Ray are psychological tests, patient progress notes, psychiatric consultation notes, operative notes, lab tests, and outpatient notes.

Your Honor's authorization is necessary to release these documents. It is respectfully recommended the Court authorize the release of the requested information to the Social Security Department.

                                    Respectfully submitted,

                                    /s/ Lori L. Koehnen

                                    **LORI L. KOEHNEN**
                                    **Senior United States Probation Officer**

Dated:      June 27, 2011
            Sacramento, California
            LLK:jc

**REVIEWED BY:**    <u>/s/ Glenn P. Simon</u>
        For   **MICHAEL A. SIPE**
              **Supervising United States Probation Officer**

Attachment(s)
cc:    Assistant United States Attorney
       Defense Counsel

AGREE: ✔                             DISAGREE: _____

<u>Edw. J. Garcia</u>
**EDWARD J. GARCIA**                  DATED:   6/30/11
**Senior United States District Judge**