**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

### UNITED STATES DISTRICT COURT

#### FOR THE

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                             )<br>      v.                     )<br>                             )<br>JAMES FRANKLIN RAY           )<br>                             )<br>_____) | Docket No.:  2:89CR00278-001 |

On November 6, 1990, the above-named was placed on Supervised Release for a period of 10 years.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

                                        Respectfully submitted,

                                        /s/ Toni M. Ortiz
                                        _____
                                              **Toni M. Ortiz**
                                        **United States Probation Officer**

Dated:    February 26, 2014
          Roseville, California
          TMO:jc

              /s/ Michael A. Sipe
              _____
**REVIEWED BY:**    **Michael A. Sipe**
                    **Supervising United States Probation Officer**

1

## ORDER OF COURT

Pursuant to the above report, it is ordered that James Franklin Ray  be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  February 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:    Recommendation

cc:       AUSA (NAME) - Samuel Wong
          FLU Unit – United States Attorney's Office
          Fiscal Clerk - Clerk's Office

**Recommendation Terminating Supervised Release**
**Prior to Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No:  2:89CR00278-001 |
| | ) | |
| JAMES FRANKLIN RAY | ) | |
| | ) | |

## LEGAL HISTORY:

On November 6, 1990, the above-named was sentenced to Supervised Release for a period of 10 years, in reference to the offense of 21 USC 841(a)(1) – Conspiracy to Distribute Methamphetamine, 21 USC 841(a)(1) – Distribution of Methamphetamine, and 21 USC 841(a)(1) – Distribution of 100 Grams or More of Methamphetamine.  Supervision commenced on August 27, 2008.

Special conditions included a requirement for:
> Search, Financial disclosure; Submit to urine testing; Do not possess a controlled substance, and Do not possess a firearm or dangerous weapon.  Mr. Ray paid the $150 special assessment on 10/18/1996.

## SUMMARY OF COMPLIANCE:

The supervisee has complied with all conditions and special conditions of Supervised Release and has not been involved in any further criminal activities.  It is the opinion of the probation officer that supervisee has derived maximum benefits from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Toni M. Ortiz

**Toni M. Ortiz**
**United States Probation Officer**

Dated:   February 24, 2014
         Roseville, California
         TMO:jc

/s/ Michael A. Sipe

**REVIEWED BY:**   **Michael A. Sipe**
                   **Supervising United States Probation Officer**


cc:   AUSA (NAME) -  Samuel Wong

(Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Supervised Release Prior to Expiration Date will be submitted to the Court for approval.)